McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED
DEC 17 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:03-cr-05187 OWW |
| Plaintiff, | MOTION TO UNSEAL INDICTMENT; [~~PROPOSED~~] ORDER |
| v. | |
| ANDRE SIMS, | |
| Defendant. | |

The Indictment in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret.

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kevin P. Rooney, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: December 17, 2007

_____
KEVIN P. ROONEY
Assistant U. S. Attorney


IT IS SO ORDERED.

DATED: December __, 2007

_____
GARY S. AUSTIN
United States Magistrate Judge

1