McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY, AUSA
Federal Courthouse
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br><br>ANDRE DEON SIMS,<br><br>          Defendant. | Case No. 1:03-CR-05187<br><br>ORDER TO CONTINUE DATE<br>FOR STATUS CONFERENCE<br><br><br>DATE:   APRIL 7, 2008<br>TIME:    9:00 a.m.<br>PLACE:  Courtroom 3<br>Honorable Oliver W. Wanger |

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the status conference presently set for April 7, 2008 at 9:00 a.m. is continued until May 5, 2008 at 9:00 a.m. to be heard before the Honorable Oliver W. Wanger, Courtroom 3.

Time is excluded for the reasons stated in open court for defense investigation and preparation and for negotiations for resolution of the case.

IT IS SO ORDERED.

**Dated:    April 3, 2008**              _____/s/ Oliver W. Wanger_____
                                                            UNITED STATES DISTRICT JUDGE

1